## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2394  Assigned/Issued By: J. N.

Judge Name: ZAGEL  Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2728941

Date Payment Rec'd: 4-28-08   Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
  _____
  *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
[ ] Writ _____   [ ] Other
  *(Type of Writ)*   _____
  *(Type of issuance)*

1 Original and 0 copies on 4-28-08 as to AL TREIBER
  *(Date)*