IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | CASE NO. 08CV2394 |
| | ) | JUDGE ZAGEL |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AL TREIBER, individually and d/b/a AL TRIEBER ASSOCIATES, a sole proprietorship, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead.  Further, in support of this Motion the Plaintiffs state:

1.     Plaintiffs filed their complaint on April 28, 2008 and the summons and complaint was personally served on Al Treiber on June 8, 2008.  **(Exhibit A, Affidavit of Service)**

2.     The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.     At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds.  Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.     The Defendant submitted the monthly contribution reports but failed to remit past due ERISA contributions shown to be owed in the amount of $ 825.16 for the

months of August 2006, and March 2007 through April 2007. (**Exhibit B Affidavit of James Rosemeyer)**

5.      The Defendant owes liquidated damages on unpaid ERISA contributions in the amount of $ 2,837.95 for the period May 2003 through  March 2008 to the present pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii).  (**Exhibit B)**

6.      The Defendant owes the sum of $ 1,916.25 for necessary and reasonable attorney fees and costs of $ 405.00   which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). **(Exhibit C Affidavit of David P. Lichtman)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $ **5,984.36.**

Respectively submitted,


/s/ David P. Lichtman
Attorney for the Plaintiffs


David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

ClientCaseID:

Law Firm ID:    WHITFIEL



*187802A*

CaseReturnDate:    6/18/08

**Affidavit of SPECIAL PROCESS SERVER**

## UNITED STATES DISTRICT COURT

Case Number **08C2394**

**I, KEITH R. BOCKELMANN**
FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN        **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT      **AL TREIBER**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY      **6/8/08**

That the sex, race and approximate age of the person whom I left the  **SUMMONS AND COMPLAINT**
are as follow:       **Sex  MALE    Race  WHITE       Age   64**

                **Height   6'0"      Build  HEAVY       Hair   GREY**

LOCATION OF SERVICE      **328 N PLUM GROVE ROAD**
                **PALATINE, IL, 60067**

Date Of Service    6/8/08        Time of Service    **4:21 PM**

KEITH R. BOCKELMANN                        6/9/2008
**SPECIAL PROCESS SERVER**
P.E.R.C.  0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND, )
)    CASE NO. 08CV2394
Plaintiffs, )
v. )    JUDGE ZAGEL
)
)
AL TREIBER, individually and d/b/a )
AL TRIEBER ASSOCIATES, a sole proprietorship, )
)
Defendant. )

## DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of
perjury that the following is true and correct:

1.       I am the Manager of the Employer Contributions Department for the
Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council
of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am
authorized to make this Declaration on behalf of the Trust Funds.

2.       The Defendant executed an Agreement with the Chicago Regional Council
of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective
Bargaining Agreement and to all Collective Bargaining Agreements subsequently
negotiated.

3.     Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.     Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5.     The Defendant submitted the contribution reports for the period January 2008 through April 2008 and paid the contributions for those months.  The Defendant, however, still owes past due ERISA contributions in the amount of $ 825.16 for the period of August 2006, and March 2007 through April 2007.

6.     Because of its failure to pay past contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $ 2,837.95  for the period May 2003 through March 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:

James Rosemeyer, Contributions Manager    7/30/08

8631  AL TREIBER ASSOCIATES
     319 W COLFAX
     PALATINE      IL 60067

|         | FRINGES  | DUES | LD'S     |
|---------|----------|------|----------|
| May-03  | $0.00    | $0   | $92.57   |
| Sep-03  | $0.00    | $0   | $354.67  |
| Oct-03  | $0.00    | $0   | $58.44   |
| Nov-03  | $0.00    | $0   | $59.87   |
| Dec-03  | $0.00    | $0   | $48.72   |
| Mar-04  | $0.00    | $0   | $90.59   |
| Apr-04  | $0.00    | $0   | $13.72   |
| Jul-04  | $0.00    | $0   | $56.81   |
| Aug-04  | $0.00    | $0   | $113.54  |
| Dec-08  | $0.00    | $0   | $77.89   |
| Jan-05  | $0.00    | $0   | $153.66  |
| Feb-05  | $0.00    | $0   | $100.89  |
| Mar-05  | $0.00    | $0   | $41.95   |
| May-05  | $0.00    | $0   | $48.23   |
| Jun-05  | $0.00    | $0   | $12.80   |
| Sep-05  | $0.00    | $0   | $25.16   |
| Dec-05  | $0.00    | $0   | $18.25   |
| Jan-06  | $0.00    | $0   | $24.06   |
| Feb-06  | $0.00    | $0   | $30.64   |
| Aug-06  | $152.76  | $0   | $113.12  |
| Sep-06  | $1.60    | $0   | $16.33   |
| Nov-06  | $0.00    | $0   | $44.32   |
| Dec-06  | $0.00    | $0   | $236.56  |
| Jan-07  | $0.00    | $0   | $29.59   |
| Feb-07  | $2.40    | $0   | $64.23   |
| Mar-07  | $261.20  | $0   | $121.83  |
| Apr-07  | $388.80  | $0   | $121.91  |
| May-07  | $0.00    | $0   | $131.83  |
| Jun-07  | $9.60    | $0   | $30.11   |
| Jul-07  | $0.00    | $0   | $35.54   |
| Oct-07  | $8.80    | $0   | $215.40  |
| Nov-07  | $0.00    | $0   | $78.00   |
| Jan-08  | $0.00    | $0   | $126.21  |
| Mar-08  | $0.00    | $0   | $50.51   |
|         |          | $0   |          |
|         |          |      |          |
| TOTAL   | $825.16  | $0   | $2,837.95|

TOTAL AMOUNT DUE          $3,663.12

# LD/IC PAYMENT MAINTENANCE

Employer Number  8631   AL TREIBER ASSOCIATES
                        319 W COLFAX
                        PALATINE      IL 60067

Current LD/IC Balance:    $2837.95

|     | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|-----|-----------|--------------|----------------|---------------|----------------|-------------|------------------|-----|
| 1)  | 5/2003    | 7/21/2003    | 125310         | $92.57        | $.00           | $92.57      | 429419           | O   |
| 2)  | 9/2003    | 1/05/2004    | 131084         | $354.67       | $.00           | $354.67     | 466192           | O   |
| 3)  | 10/2003   | 1/05/2004    | 131085         | $58.44        | $.00           | $58.44      | 466195           | O   |
| 4)  | 11/2003   | 1/05/2004    | 131086         | $59.87        | $.00           | $59.87      | 466194           | O   |
| 5)  | 12/2003   | 3/17/2004    | 133107         | $48.72        | $.00           | $48.72      | 485323           | O   |
| 6)  | 3/2004    | 6/07/2004    | 135853         | $90.59        | $.00           | $90.59      | 502456           | O   |
| 7)  | 4/2004    | 6/07/2004    | 135854         | $13.72        | $.00           | $13.72      | 502455           | O   |
| 8)  | 7/2004    | 9/16/2004    | 138917         | $56.81        | $.00           | $56.81      | 524014           | O   |
| 9)  | 8/2004    | 11/17/2004   | 140872         | $113.54       | $.00           | $113.54     | 537441           | O   |
| 10) | 12/2004   | 2/08/2005    | 143637         | $77.89        | $.00           | $77.89      | 552658           | O   |
| 11) | 1/2005    | 4/19/2005    | 145411         | $153.66       | $.00           | $153.66     | 568760           | O   |

7/29/2008 2:29 PM

# LD/IC PAYMENT MAINTENANCE

Employer Number 8631   AL TREIBER ASSOCIATES
319 W COLFAX
PALATINE      IL 60067

Current LD/IC Balance:   $2837.95

| | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|---|---|---|---|---|---|---|---|---|
| 1) | 2/2005 | 5/19/2005 | 146335 | $100.89 | $.00 | $100.89 | 575807 | O |
| 2) | 3/2005 | 5/19/2005 | 146336 | $41.95 | $.00 | $41.95 | 575806 | O |
| 3) | 5/2005 | 8/18/2005 | 149207 | $48.23 | $.00 | $48.23 | 593463 | O |
| 4) | 6/2005 | 8/18/2005 | 149208 | $12.80 | $.00 | $12.80 | 593465 | O |
| 5) | 9/2005 | 11/21/2005 | 151822 | $25.16 | $.00 | $25.16 | 613083 | O |
| 6) | 12/2005 | 2/21/2006 | 154374 | $18.25 | $.00 | $18.25 | 630964 | O |
| 7) | 1/2006 | 2/21/2006 | 154375 | $24.06 | $.00 | $24.06 | 630963 | O |
| 8) | 2/2006 | 5/18/2006 | 156581 | $30.64 | $.00 | $30.64 | 648364 | O |
| 9) | 8/2006 | 11/20/2006 | 161796 | $113.12 | $.00 | $113.12 | 683631 | O |
| 10) | 9/2006 | 11/20/2006 | 161797 | $16.33 | $.00 | $16.33 | 683633 | O |
| 11) | 11/2006 | 3/07/2007 | 165152 | $44.32 | $.00 | $44.32 | 704352 | O |

# LD/IC PAYMENT MAINTENANCE

Employer Number  8631   AL TREIBER ASSOCIATES
                        319 W COLFAX
                        PALATINE      IL 60067

Current LD/IC Balance:   $2837.95

| | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|---|---|---|---|---|---|---|---|---|
| 1) | 12/2006 | 3/07/2007 | 165153 | $236.56 | $.00 | $236.56 | 704353 | O |
| 2) | 1/2007 | 3/07/2007 | 165154 | $29.59 | $.00 | $29.59 | 704354 | O |
| 3) | 2/2007 | 6/01/2007 | 167603 | $64.23 | $.00 | $64.23 | 720991 | O |
| 4) | 3/2007 | 6/01/2007 | 167604 | $121.83 | $.00 | $121.83 | 720992 | O |
| 5) | 4/2007 | 6/01/2007 | 167605 | $121.91 | $.00 | $121.91 | 720994 | O |
| 6) | 5/2007 | 9/10/2007 | 170367 | $131.83 | $.00 | $131.83 | 739780 | O |
| 7) | 6/2007 | 9/10/2007 | 170368 | $30.11 | $.00 | $30.11 | 739784 | O |
| 8) | 7/2007 | 9/10/2007 | 170369 | $35.54 | $.00 | $35.54 | 739787 | O |
| 9) | 10/2007 | 1/28/2008 | 175725 | $215.40 | $.00 | $215.40 | 781667 | O |
| 10) | 11/2007 | 1/28/2008 | 175726 | $78.00 | $.00 | $78.00 | 781660 | O |
| 11) | 1/2008 | 5/28/2008 | 177060 | $126.21 | $.00 | $126.21 | 790313 | O |

# LD/IC PAYMENT MAINTENANCE

Employer Number 8631    AL TREIBER ASSOCIATES
319 W COLFAX
PALATINE         IL 60067

Current LD/IC Balance:   $2837.95

| | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|---|---|---|---|---|---|---|---|---|
| 1) | 3/2008 | 5/28/2008 | 177061 | $50.51 | $.00 | $50.51 | 790334 | O |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) | |
| | ) | CASE NO. 08CV2394 |
| Plaintiffs, | ) ) | JUDGE ZAGEL |
| v. | ) ) | |
| AL TREIBER, individually and d/b/a AL TRIEBER ASSOCIATES, a sole proprietorship, | ) ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1.       I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter.  I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.       I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3.       The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.      I, David P. Lichtman, have devoted 10.95  hours in connection with the above-captioned case at the rate of $ 175.00 per hour. My total billings are $ 1,916.25.

5.      In addition, the filing fee was $ 350.00 and the fees for service of process were an additional $ 55.00.  These costs total $ 405.00.

6.      I certify that the attached detailed attorney fees and costs totaling $ 2,321.25 were necessary and reasonable.

7.      Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Paul Pinderski, attorney for Defendant, at 115 W. Colfax St., Palatine, Illinois 60067.

Dated:  August 1, 2008

David P. Lichtman

Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

WHITFIELD, McGANN & KETTERMAN
Slip Listing

---

Selection Criteria

---

| | |
|---|---|
| Slip.Date | Earliest - 8/1/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7685/08079 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 358415          TIME<br>5/27/2008<br>Billed          G:73602          6/2/2008<br>Search Illinois Secretary of State database<br>for corporate information including registered<br>agent of the corporation for purposes of<br>service; search for related companies;<br>perform asset search of company and<br>principals. | CPW<br>Lexis<br>CTF-C./N7685/08079 | 0.30<br>0.00<br>0.00<br>0.00 | 130.00<br>A@1 | 39.00 |
| 358416          TIME<br>5/27/2008<br>Billed          G:73602          6/2/2008<br>Prepared summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and T-HA Sec. 301. | DPL<br>Billable<br>CTF-C./N7685/08079 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 358414          TIME<br>5/27/2008<br>Billed          G:73602          6/2/2008<br>Review referral from Trust funds on<br>05/19/08; prepare file; review corporate<br>status and registered agent information for<br>legal process. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 358458          TIME<br>5/28/2008<br>Billed          G:73602          6/2/2008<br>Review complaint filed at the Federal Court;<br>enter pertinent information (e.g., filing date,<br>case number and assigned judge) into<br>database; review judge's standing order<br>regarding pre-trial litigation, motion practice<br>and status hearing dates; update file/databse<br>regarding same. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 358459          TIME<br>5/28/2008<br>Billed          G:73602          6/2/2008<br>Prepare correspondence to legal process<br>server Scott Forrest Stern & Associates, Inc. | DPL<br>Billable<br>CTF-C./N7685/08079 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID Dates and Time Posting Status Description | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 360643 TIME 6/1/2008 Billed        G:73807      7/1/2008 Telephone conversation with Rich Oginski, Trust Fund Field Rep., regarding contribution reports on file for Jan. through March. | DPL Billable CTF-C./N7685/08079 | 0.10 0.00 0.00 0.00 | 175.00 T@7 | 17.50 |
| 360642 TIME 6/1/2008 Billed        G:73807      7/1/2008 Receive and review correspondence from attorney Kaplan regarding contribution reports for Jan. - March and request for record of amounts owed. | DPL Billable CTF-C./N7685/08079 | 0.10 0.00 0.00 0.00 | 175.00 T@7 | 17.50 |
| 358865 TIME 6/2/2008 Billed        G:73807      7/1/2008 Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Samuel Der-Yeghiayan: Initial status hearing set for 07/31/08 at 9:00 a.m. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's chambers; download documents to the file folder; print document and enclose in file. | DPL Billable CTF-C./N7685/08079 | 0.20 0.00 0.00 0.00 | 175.00 T@7 | 35.00 |
| 359168 TIME 6/5/2008 Billed        G:73807      7/1/2008 Draft correspondence to Rich Oginski, Trust Fund Field Rep., regarding service of the complaint. | DPL Billable CTF-C./N7685/08079 | 0.10 0.00 0.00 0.00 | 175.00 T@7 | 17.50 |
| 359167 TIME 6/5/2008 Billed        G:73807      7/1/2008 | DPL Billable CTF-C./N7685/08079 | 0.40 0.00 0.00 | 175.00 T@7 | 70.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Review Scott Forrest Stern & Associates,<br>Inc.'s report on service of the summons and<br>complaint; review process server remarks<br>regarding details of service; review affidavit<br>of service for legality; electronically file the<br>proof of service with the clerk of the U.S.<br>District Court for the Northern Dist. of Illinois;<br>docket follow-up dates for Answer due date. | | 0.00 | | |
| 359169      TIME<br>6/5/2008<br>Billed        G:73807      7/1/2008<br>Review e-mail sent by the U.S. Dist. Court<br>for the Northern Dist. of Illinois regarding the<br>proof of filing the summons returned as<br>executed; download documents to the file<br>folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 359362      EXP<br>6/10/2008<br>Billed        G:73807      7/1/2008<br>FILING FEE (5/27/08) | CPW<br>$DC<br>CTF-C./N7685/08079 | 1 | 350.00 | 350.00 |
| 359536      TIME<br>6/12/2008<br>Billed        G:73807      7/1/2008<br>Telephone conversation with attorney for<br>signatory contractor regarding settlement<br>possibility. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 359585      TIME<br>6/13/2008<br>Billed        G:73807      7/1/2008<br>Telephone conversation with Rich Oginski,<br>Trust Fund Field Rep., regarding<br>conversation with attorney Kaplan. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 359640      TIME          6:03 AM<br>6/13/2008<br>Billed        G:73807      7/1/2008<br>Meeting with David Lichtman to review the<br>referral.  Instructed David to contact Robert<br>Lid to confirm signatory status after May<br>2007. | TBM<br>Billable<br>CTF-C./N7685/08079 | 0.40<br>0.00<br>0.00<br>0.00 | 220.00<br>T@7 | 88.00 |
| 359738      TIME<br>6/16/2008<br>Billed        G:73807      7/1/2008<br>Prepare correspondence to Robert Lid<br>regarding Craigin Millwork w/ copies to Trust<br>Fund Manager James T. Rosemeyer and<br>Rich Oginski, Trust Fund Field Rep.; print | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

Page          4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| documents and fax; enclose in file. | | | | |
| 359742          TIME<br>6/17/2008<br>Billed          G:73807          7/1/2008<br>Prepare correspondence to Rich Oginski,<br>Trust Fund Field Rep., and Trust Fund<br>Manager James T. Rosemeyer regarding<br>conversation with attorney Kaplan and the<br>contribution reports for January 2008<br>through present. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 359829          TIME<br>6/18/2008<br>Billed          G:73807          7/1/2008<br>Telephone conversation with Robert Lid<br>regarding signatory contractor's current<br>status; Lid has reports on file from January<br>through March 2008 showing no employees;<br>still waiting on April and May reports;<br>contractor still coded as member of<br>Woodworkers Association. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 360275          TIME<br>6/25/2008<br>Billed          G:73807          7/1/2008<br>Draft correspondence to Rich Oginski, Trust<br>Fund Field Rep., regarding whether<br>signatory is no longer employing a carpenter<br>employee. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 360646          TIME<br>7/1/2008<br>WIP<br>Telephone conversation with attorney Kaplan<br>regarding signatory reports; Kaplan believes<br>that one carpenter is still working; Kaplan to<br>provide April and May reports; need to<br>contact Robert Lid and request<br>documentation of signatory status. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 360819          TIME<br>7/7/2008<br>WIP<br>Telephone conversation with Rich Oginski,<br>Trust Fund Field Rep., regarding<br>confirmation of receipt of Jan. - March<br>reports. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 360833          TIME<br>7/7/2008<br>WIP | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.20<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Received and reviewed list of signatory employers to woodworkers association from Rich Oginski, Trust Fund Field Rep.,; print document and enclose in file. | | 0.00 | | |
| 361001            TIME<br>7/9/2008<br>WIP<br>Prepare correspondence to attorney Kaplan regarding Association membership and May - June reports. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 361181            TIME<br>7/14/2008<br>WIP<br>telephone conversations with Alan Kaplan regarding April through June contribution reports.e-mail to Rich Oginski, Trust Fund Field Rep., regarding same. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 361670            TIME<br>7/23/2008<br>WIP<br>Telephone conversation with Rich Oginski, Trust Fund Field Rep., regarding status of reports. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 361687            TIME<br>7/24/2008<br>WIP<br>Telephone conversation with Rich Oginski, Trust Fund Field Rep., regarding deliqnuent reports; Oginski has only received January through March reports. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 361767            TIME<br>7/25/2008<br>WIP<br>Telephone conversation with attorney Kaplan regarding current reports. | DPL<br>Billable<br>CTF-C./N7685/08079 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 361786            TIME<br>7/27/2008<br>WIP<br>Review file; review Judge Samuel Der-Yeghiayan's standing orders on the initial status report and jurisdictional status report; prepare status report and jurisdictional report; print and send copies to attorney Kaplan. | DPL<br>Billable<br>CTF-C./N7685/08079 | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 262.50 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID | | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Case | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 361787 | TIME | DPL | 0.50 | 175.00 | 87.50 |
| 7/27/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7685/08079 | 0.00 | | |
| Draft correspondence to attorney Kaplan regarding initial status report, jurisdictional reports and status hearing scheduled for May 31, 2008 at 9:00 a.m.; informed Kaplan of intent to file motion for default if delinquent reports and corresponding payments are not received within 14 days. | | | 0.00 | | |
| 361828 | TIME | DPL | 0.10 | 175.00 | 17.50 |
| 7/28/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7685/08079 | 0.00 | | |
| Review e-mail from attorney Kaplan regarding his receipt of status and jurisdictional reports and July 28 correspondence. | | | 0.00 | | |
| 361925 | TIME | DPL | 0.50 | 175.00 | 87.50 |
| 7/29/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7685/08079 | 0.00 | | |
| Telephone conversation with attorney Kaplan regarding settlement options. | | | 0.00 | | |
| 361926 | TIME | DPL | 0.25 | 175.00 | 43.75 |
| 7/29/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7685/08079 | 0.00 | | |
| Conference with Daniel McAnally regarding settlement options. | | | 0.00 | | |
| 361945 | TIME | DPL | 0.20 | 175.00 | 35.00 |
| 7/29/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7685/08079 | 0.00 | | |
| Locate consent to exercise jurisdiction by a magistrate form on U.S. District Court's website; complete form, scan, and email to Kaplan. | | | 0.00 | | |
| 362130 | TIME | DPL | 0.20 | 175.00 | 35.00 |
| 7/30/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7685/08079 | 0.00 | | |
| Received and reviewed updated amounts owed by signatory, including amounts for April through June; print document and enclose in file. | | | 0.00 | | |
| Grand Total | | | | | |
| | | Billable | 12.40 | | 2524.50 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 12.40 | | 2524.50 |