IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>            Plaintiffs,<br><br>v.<br><br>AL TREIBER, individually and d/b/a AL TRIEBER ASSOCIATES, a sole proprietorship,<br><br>            Defendant. | CASE NO. 08CV2394<br><br>JUDGE ZAGEL |

## NOTICE OF MOTION

To:   Paul C. Pinderski
      Pinderski & Pinderski, Ltd.
      115 West Colfax Street
      Palatine, Illinois 60067

     PLEASE TAKE NOTICE that on **August 7, 2008** I shall appear before the Honorable Judge James B. Zagel at approximately 10:15 a.m. in Courtroom 2503 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                            TRUSTEES of the CHICAGO REGIONAL COUNCIL
                            OF CARPENTERS PENSION FUND, et al.

                            /s/  David P. Lichtman

## CERTIFICATE OF SERVICE

     I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on August 1, 2008.

                            /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051